IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA WILLIAMS | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | NO. 13-6458 |
| Defendant | : | |

FILED
FEB - 2 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 2 day of Feb, 2015, after careful review and independent consideration of the Plaintiff's Motion for Summary Judgment and Request for Review, Defendant's Response, Plaintiff's Reply, and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby ORDERED that:

(1) The Report and Recommendation be APPROVED and ADOPTED;

(2) The Plaintiff's Request for Review be GRANTED in part and DENIED in part;

(3) The matter be REMANDED to the Commissioner of Social Security Administration to allow the Administrative Law Judge (ALJ) to conduct additional proceedings consistent with this Report and Recommendation. On remand, the ALJ shall: (a) reconsider the severity of each of Plaintiff's impairments, both singly and in combination; (b) assess and fully explain whether Plaintiff's impairments meet or equal a Listing; and (c) evaluate Plaintiff's RFC and, if necessary, submit a complete and accurate hypothetical question to a vocational expert, allowing Plaintiff the opportunity to respond to the expert's conclusions.

It be so ORDERED.

_____
BERLE M. SCHILLER, J.